UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT-FLINT


In the Matter of:

BRIAN T SKIBA,                          Bankruptcy Case No. 10-32394-DSO
ROMELIA SKIBA,                        Chapter 7
           Debtor(s)                Hon. Daniel S. Opperman
_____/


NOTICE OF UNCLAIMED DIVIDENDS


TO THE CLERK OF THE COURT:

      The attached check in the amount of $14.26 represents the total sum of unclaimed dividends check in this estate and is paid to the Court pursuant to 11 U.S.C. S347(a) .The name(s)of the Party(ies) entitled to these unclaimed dividends is (are) as follows:


| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| American Infosource | 1 | $1.44 |
| American Infosource | 2 | $1.14 |
| American Infosource | 3 | $1.30 |
| American Infosource | 4 | $1.05 |
| Roundup Funding | 5 | $0.28 |
| Chase Bank | 6 | $1.54 |
| PYOD LLC | 9 | $0.80 |
| PYOD LLC | 10 | $3.09 |
| Elan Financial Svsc. | 11 | $2.17 |
| PNC Bank | 12 | $1.01 |
| PNC Bank | 13 | $0.44 |


Dated: March 4, 2011                         __/s/ Samuel D. Sweet_
                                                 Samuel D. Sweet, Chapter 7 Trustee
                                                 P.O. Box     757
                                                 Ortonville, MI 48462-0757
                                                 248-236-0985
                                                 ssweet@trusteesweet.us